**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7603**

———————

DARYL HARPER,

  Plaintiff - Appellant,

  v.

DR. JEFF ALLEN,

  Defendant - Appellee,

  and

HARLEY LAPPIN; TRACY JOHNS; VIRGINIA K. HARRIS; ARMEITHIA
FORTE; TEN UNNAMED FEDERAL BUREAU OF PRISONS
OFFICERS/EMPLOYEES,

  Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:09-ct-03200-D)

———————

Submitted:  February 23, 2012      Decided:  February 28, 2012

———————

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daryl Harper, Appellant Pro Se.  Edward D. Gray, Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Harper appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Harper v. Allen</u>, No. 5:09-ct-03200-D (E.D.N.C. Nov. 14, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>